# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

——————————————————

Case No. 6D23-1548
Lower Tribunal No. 2021-CF-004779-A-O

——————————————————

KYLE JOSEPH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

——————————————————

Appeal from the Circuit Court for Orange County.
Tarlika Nunez-Navarro, Judge.

December 19, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and BROWNLEE, JJ., concur.

Asad Ali and Robert I. Mandell, of Mandell Law, P.A., Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED